# EXHIBIT A



















# EXHIBIT B

**Registration Number**

# VAu 1-421-665

**Effective Date of Registration:**
March 03, 2021
**Registration Decision Date:**
March 04, 2021

## Title _____

| | |
|---|---|
| **Title of Work:** | Gurzanski Photos |
| **Content Title:** | IMG_0293.jpeg, IMG_0294.jpeg, IMG_0295.jpeg, IMG_0296.JPG, IMG_0298.JPG, IMG_0360.jpeg, IMG_1141.JPG, IMG_4208.jpeg, IMG_4209.jpeg, IMG_4210.JPG, IMG_6812.jpg, IMG_8017.jpg, IMG_9544.jpg |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2020 |

## Author _____

| | |
|---|---|
| • **Author:** | Stephen J. Cloobeck |
| **Author Created:** | photographs |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Stephen J. Cloobeck |
| | c / o Glaser Weil LLP, 10250 Constellation Blvd, 19th Flr, Los Angeles, CA, 90067, United States |

## Certification _____

| | |
|---|---|
| **Name:** | Robert E, Allen |
| **Date**: | March 03, 2021 |

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that

correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VAu 1-422-502

**Effective Date of Registration:**
March 04, 2021
**Registration Decision Date:**
March 10, 2021

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title _____

| | |
|---:|:---|
| **Title of Group:** | Gurzanski Photos 2 |
| **Number of Photographs in Group:** | 3 |
| • **Individual Photographs:** | IMG_7011, IMG_7012, IMG_7013 |

### Completion/Publication _____

| | |
|---:|:---|
| **Year of Completion:** | 2020 |

### Author _____

| | |
|---:|:---|
| • **Author:** | Stephen J Cloobeck |
| **Author Created:** | photographs |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

### Copyright Claimant _____

| | |
|---:|:---|
| **Copyright Claimant:** | Stephen J Cloobeck |
| | c / o Glaser Weil LLP, 10250 Constellation Blvd., 19th Flr, Los Angeles, CA, 90067, United States |

### Certification _____

| | |
|---:|:---|
| **Name:** | Robert E. Allen |
| **Date:** | March 04, 2021 |

| | |
|---:|:---|
| **Correspondence:** | Yes |

**Copyright Office notes:**    Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT C





https://twitter.com/stefbabyg/status/1292255158408118272/photo/2

Stefanie G
@stefbabyg

🦋🦋🦋🦋🦋

5:23 PM · Aug 8, 2020 · Twitter for iPhone

68 Retweets   620 Likes

BONES @BON... · Aug 8, 2020
Replying to @stefbabyg
美しい✨

Brian @Brian32... · Aug 8, 2020
Replying to @stefbabyg
Kinda Super HOT !!!!

Harry @harrisx... · Aug 8, 2020
Replying to @stefbabyg
angel

Richard J Gala... · Aug 8, 2020
Replying to @stefbabyg
😍❤❤❤❤❤❤❤❤❤

Vahid Aliyev @... · Aug 8, 2020
Replying to @stefbabyg
Sexy angel 🙌🔥😍❤💕💕❤

Octavio Martin... · Aug 8, 2020
Replying to @stefbabyg
Sexy!

chez minton @... · Aug 8, 2020
Replying to @stefbabyg
Hunny

Jorge SC @gre... · Aug 8, 2020
Replying to @stefbabyg
Beautiful butterfly 😍💙✨

Javier Sandoval · Aug 8, 2020
Replying to @stefbabyg
Beautiful butterfly!😉
Hermosa mariposa!!
Bellissima farfalla!!
Beau papillon!!😊

Phillip K @Deaf... · Aug 8, 2020
Replying to @stefbabyg
Beautiful!

Alexander Kern · Aug 9, 2020
Replying to @stefbabyg
Beautiful woman and beautiful

13    68    620







← **Tweet**

**Ste_FAN_ie_G.**
@Ste_FAN_ie_Gurz

✈️ 08 03 20
Sticking close to home may leave you feeling like you're missing the boat on certain things, but you're probably better off, Sagittarius. People may make outlandish promises that sound good today but will basically flop tomorrow.

1/2

#StefanieGurzanski
#WFLRB
#WLRB



10:14 AM · Aug 3, 2020 · Twitter for Android

**Relevant people**



**Ste_FAN_ie_G.**
@Ste_FAN_ie_Gurz    [ Follow ]
follow her @stefbabyg
instagram.com/stefaniegurzan... i ❤️
u forever n' ever ~ mi persona
favorita ~ #WFLRB #WLRB #WL232
by 203E2T0

**What's happening**

News · Last night
**Prince Philip has been transferred to a second hospital for further treatment**
Trending with  Prince Philip

Trending in United States
**sam nook**
3,959 Tweets

*Reuters* ✓ · Last night
**How a 10-second video clip sold for $6.6 million**



Trending in United States
**Stop or My Mom Will Shoot**

COVID-19 · LIVE
**COVID-19: News and updates for California**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ···  © 2021 Twitter, Inc.













