PATRICIA L. GLASER (State Bar No. 55668)
pglaser@glaserweil.com
ROBERT E. ALLEN (State Bar No. 166589)
rallen@glaserweil.com
THOMAS P. BURKE JR. (State Bar No. 288261)
tburke@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff
STEPHEN J. CLOOBECK

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CLOOBECK, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>STEFANIE GURZANSKI, a.k.a. STEFANIE GURZANSKI QUENVILLE, an individual; and DOES 1 through 10,<br><br>            Defendants. | Case No.  2:21-cv-02306-FLA(DFM)<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:  Fernando L. Aenlle-Rocha |

Plaintiff Stephen J. Cloobeck ("Plaintiff") and Defendant Stefanie Gurzanski, a.k.a. Stefanie Gurzanski Quenville ("Defendant") hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that:

1. Upon the filing of this Stipulation of Dismissal with the Court, this action shall be dismissed in its entirety, including the dismissal of all of the claims asserted in this lawsuit, all with prejudice; and

2. Each party agrees to bear its own costs and attorneys' fees in connection with this lawsuit.

IT IS SO STIPULATED AND AGREED.

DATED: December 2, 2021    GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: */s/ Robert E. Allen*
    Robert E. Allen

*Attorneys for Plaintiff Stephen J. Cloobeck*

DATED: December 2, 2021    LAW OFFICES OF ARTHUR H. BARRENS, APC

By: */s/ Arthur Barens*
    Arthur H. Barens

*Attorneys for Defendant Stefanie Gurzanski a/k/a Stefanie Gurznaski Quenville*

# ATTESTATION REGARDING SIGNATURES

I, Robert E. Allen, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

.

DATED: December 2, 2021     GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By:   /s/ Robert E. Allen
       Robert E. Allen

*Attorneys for Plaintiff*
*Stephen J. Cloobeck*